Case 3:15-cr-00005-RLY-CMM   Document 578   Filed 03/27/24   Page 1 of 1 PageID #: 3511

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Amy Robertson | )<br>)<br>)<br>) Case No: 3:15CR00005-008<br>) USM No: 12574-028 |
| Date of Original Judgment: 07/29/2016<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Jacob Leon<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __168 months__ months **is reduced to** __144 months*__ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

*The reduced sentence is 144 months on Count 1 and 120 months on Count 2, to be served concurrently, for a total of 144 months.

Except as otherwise provided, all provisions of the judgment dated __07/29/2016__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 3/27/2024

*Judge's signature*

Honorable Richard L. Young, U.S. District Court Judge
*Printed name and title*

Effective Date: _____
*(if different from order date)*

A CERTIFIED TRUE COPY
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana
By Nina M. Doyle
Deputy Clerk